**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JONES DAY** | ) | **CASE NO. 1:05 CV 2584** |
| | ) | |
| | ) | **JUDGE PETER C. ECONOMUS** |
| **PLAINTIFF** | ) | |
| | ) | |
| V. | ) | |
| | ) | **PERMANENT INJUNCTION** |
| | ) | |
| **PANKAJKUMAR PATEL** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:**

Before the Court is Plaintiff, Jones Day's Motion for Preliminary Injunction filed on November 3, 2005 and Jones Day's Motion to Consolidate the Preliminary Injunction Hearing With Trial on the Merits. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the CourT finds as follows:

1. On November 3, 2005, this Court entered a Temporary Restraining Order against Defendant, Pankajkumar Patel ("Defendant"). By a separate Order of the same date, the Court set a hearing on Plaintiff's Motion for Preliminary Injunction for November 15, 2005.

2. Jones Day served Defendant with copies of the Temporary Restraining Order and

the Order setting the hearing on Jones Day's Motion for Preliminary Injunction.

3. On November 9, 2005, Defendant filed papers with the Court which the Court directed the clerk to enter as an Answer.

4. On November 14, 2005, Jones Day filed a Motion to Consolidate and Memorandum in Support of that Motion. The Court granted Jones Day's Motion to Consolidate and ordered that the hearing on Jones Day's Motion for Preliminary Injunction be consolidated to trial on the merits.

5. On November 15, 2005, Defendant filed papers with the Court which the Court directed the clerk to enter as a Motion to Dismiss on the grounds of Forum Non Conveniens.

6. By separate Order dated November 15, 2005, the Court ordered Jones Day to submit any opposition to Defendant's Motion to Dismiss on the grounds of Forum Non Conveniens by November 25, 2005 and ordered Defendant to submit any reply by November 27, 2005. The Court postponed the hearing set for November 15, 2005 and rescheduled it for November 30, 2005.

7. Jones Day filed its Opposition to Defendant's Motion to Dismiss on the grounds of Forum Non Conveniens on November 25, 2005. Defendant filed a reply on November 30, 2005.

8. The Court denied Defendant's Motion to Dismiss on the grounds of Forum Non Conveniens.

9.     A hearing was conducted on November 30, 2005, the result of which is that the Court finds that Jones Day has demonstrated that Defendant has violated 15 U.S.C. § 1125(a), 1125(c) and 1125(d) as alleged in the Complaint in this action.

10.    Absent an award of injunctive relief, Jones Day will suffer irreparable harm.

11.    An award of injunctive relief will not harm Defendant and the public interest will be served by immediately enjoining Defendant as set forth in this Order.

12.    As of the date of this Order, Defendant, and anyone acting in concert with or on Defendant's behalf, is immediately and permanently **ENJOINED** from:

a.     posting any content on, providing any links to or from, or otherwise operating the internet domain name www.jonesdays.com;

b.     using any reproduction or colorable imitation of the content of Jones Day's web site located at www.jonesday.com;

c.     registering or using any domain name that is identical or confusingly similar to the Service Mark JONES DAY;

d.     engaging in any conduct which dilutes or infringes Jones Day's rights in and to the Service Mark JONES DAY;

e.     engaging in any conduct which disparages or defames the reputation of Attorney Carrie Kiedrowski;

13.    Pursuant to 15 U.S.C. § 1125(d)(1)(C) Defendant is further **ORDERED** to immediately take all necessary steps to transfer the registration of the domain name

www.jonesdays.com to Jones Day.

14. This Permanent Injunction shall take effect immediately .

15. The $5,000.00 cash bond posted in this matter is released.

**IT IS SO ORDERED.**

<u>**/ s / Peter C. Economus  - November 30, 2005**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**