# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **JONES DAY** | ) | **CASE NO.  1:05 CV 2584** |
| | ) | |
| | ) | **JUDGE PETER C. ECONOMUS** |
| **PLAINTIFF** | ) | |
| | ) | |
| **V.** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| **PANKAJKUMAR PATEL** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

The Court has granted a permanent injunction in this matter upon finding violations of 15 U.S.C. § 1125(a), 1125(c) and 1125(d).  Accordingly, the Plaintiff has requested attorney's fees and costs pursuant to 15 U.S.C. § 1117.

The Court hereby orders that the Plaintiff shall file a memorandum in support of its motion for attorney's fees and costs on or before December 14, 2005.  The Defendant may file a memorandum in opposition on or before December 28, 2005.  A reply may be filed on or before January 9, 2006.

**IT IS SO ORDERED.**

**/ s / Peter C. Economus  - November 29, 2005**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**